AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

KENNETH FRIEDMAN,

      Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:10-cv-00776-RCJ-RAM**

OFFICE OF THE FEDERAL
PUBLIC DEFENDER, et al.,

    Defendants.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED with prejudice for failure to state a claim for which relief may be granted.

   February 7, 2011                       **LANCE S. WILSON**
                                                 Clerk

                                                /s/ Katie Lynn Ogden
                                                Deputy Clerk